No. 84–1155. WESTINGHOUSE ELECTRIC CORP. v. KING, COMMISSIONER OF REVENUE OF TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question. ■

No. 84–1303. CADDO PARISH SCHOOL BOARD v. BRYAN ET AL. Appeal from Ct. App. La., 2d Cir., dismissed for want of substantial federal question.

No. 84–61℔ ′ RIDER v. FLORIDA. Appeal from Dist. Ct. App. Fla., 3d Dist. dismissed for want of substantial federal question.